IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-00172-CR-W-HFS |
| | ) | |
| WILLIAM WASMER | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Supplemental Report and Recommendation (Doc. 57) has been reviewed, together with the underlying material, and is ADOPTED.

Consequently, the motion to suppress (Doc. 19) is DENIED, and the initial Report and Recommendation (Doc. 42) is now MOOT.

SO ORDERED.

                                            s/ HOWARD F. SACHS

                                            HOWARD F. SACHS

                                            UNITED STATES DISTRICT COURT

July 9, 2020

Kansas City, Missouri